UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>CARLOS DUVERGEL,<br>JUAN CRESPO,<br>   a/k/a "Papo,"<br>FELIX CASTILLO,<br>   a/k/a "Mayito,"<br>ASNAY FERNANDEZ, and<br>ISMAEL MANZANO-SUAREZ | Criminal Action No.: 19-cr-922 (PGS)<br><br>ORDER DENYING DEFENDANT CARLOS DUVERGEL MOTIONS FOR ACQUITTAL AND FOR A NEW TRIAL |

This matter having come before the Court on a motion for acquittal and a motion for a new trial by Defendant Carlos Duvergel (ECF No. 170); and the Court having considered the submissions of Defendants; and for good cause having been shown;

For the reasons set forth in the Memorandum on this date;

IT IS on this 21st day of September, 2022;

ORDERED that Defendant Carlos Duvergel's motions are denied.

                                                                                                    PETER G. SHERIDAN, U.S.D.J.