Clerk of Court
United States District Court
District of New Jersey
Martin Luther King Jr. Federal Building
402 East State Street
Trenton, NJ 08608

**RECEIVED**

MAY 18 2026

AT 8:30_____M
CLERK, U.S. DISTRICT COURT - DNJ

Date: 03 - 18 2026

Re: United States v. Carlos Duvergel
Case No. 19-CR-00922-PGS-1

Dear Clerk of Court:

Please accept for filing the enclosed **Motion to Clarify or Temporarily Modify Conditions of Supervised Release** submitted by Defendant **Carlos Duvergel**, proceeding pro se, in the above-captioned matter.

Enclosed for filing please find the following documents:

1.    Motion to Clarify or Temporarily Modify Conditions of Supervised Release

2.    Declaration of Carlos Duvergel in Support of Motion

3.    Exhibit A – Receipt Notice for Pending Employment Authorization Application

4.    Proposed Order

5.    Certificate of Service

Copies of the motion have been served upon the Office of the United States Attorney for the District of New Jersey and the United States Probation Office in accordance with the Certificate of Service.

Defendant respectfully requests that the Court review the enclosed motion and grant the relief requested therein.

Thank you for your attention to this matter.

Respectfully submitted,

Carlos Duvergel_____

111 SW 17th Court

Miami Fl, 33135

United States District Court for the District of New Jersey
Trenton Vicinage

United States of America
v.
Carlos Duvergel

Case No. **19-CR-00922-PGS-1**
Judge: Peter G. Sheridan

# MOTION TO CLARIFY OR TEMPORARILY MODIFY CONDITIONS OF SUPERVISED RELEASE

Defendant **Carlos Duvergel**, proceeding **pro se**, respectfully moves this Honorable Court pursuant to **18 U.S.C. §3583(e)(2)** for clarification or temporary modification of the conditions of supervised release. In support of this motion, Defendant states as follows:

## I. Background

1. Defendant is currently serving a term of supervised release imposed by this Court following completion of his federal sentence.

2. As part of the Judgment entered in this case, Defendant was ordered to make payments toward **restitution**.

3. Defendant is currently under federal supervision and is making good-faith efforts to comply with all conditions imposed by the Court.

4. Defendant has applied for **employment authorization** with the appropriate immigration authorities and that application has been pending for several months.

5. A copy of the receipt notice or documentation confirming submission of the employment authorization application is attached as **Exhibit A**.

6. Because Defendant does not yet possess employment authorization, he has been advised that he may not obtain lawful employment at this time.

7. As a result, Defendant currently has no lawful means to earn income in order to contribute toward restitution payments.

8. Defendant intends to obtain lawful employment immediately upon receiving employment authorization so that he may comply with the restitution obligation imposed by the Court.

## II. Temporary Conflict Between Employment Authorization and Restitution

9. Defendant respectfully submits that the present circumstances create a temporary conflict between the inability to obtain lawful employment and the obligation to make restitution payments.

10. Defendant remains in compliance with supervision and continues to report as directed by the United States Probation Office.

11. Defendant has made efforts to resolve his employment situation by applying for employment authorization and is currently awaiting a decision.

12. Defendant respectfully requests temporary modification of the restitution payment schedule until employment authorization is issued, after which Defendant will immediately seek lawful employment and resume restitution payments consistent with his financial ability.

## III. Request for Relief

WHEREFORE, Defendant respectfully requests that this Court:

A. Clarify the conditions of supervised release regarding employment while Defendant's employment authorization application remains pending;

B. Temporarily modify the restitution payment schedule, if appropriate, until Defendant receives employment authorization;

C. Direct that restitution payments resume according to Defendant's financial ability once lawful employment is obtained;

D. Grant such other and further relief as the Court deems just and appropriate.

Respectfully submitted,

Carlos Duvergel_____

Date: *03-18* ___ 2026

# DECLARATION OF CARLOS DUVERGEL

(In Support of Motion)

I, **Carlos Duvergel**, declare under penalty of perjury pursuant to 28 U.S.C. §1746 that the following is true and correct:

1. I am currently serving a term of supervised release imposed by the United States District Court for the District of New Jersey.

2. I wish to comply fully with all conditions imposed by the Court, including the restitution obligation.

3. I have applied for employment authorization with the appropriate immigration authorities, and that application has been pending for several months.

4. A copy of the receipt or documentation confirming my employment authorization application is attached as **Exhibit A**.

5. Until I receive employment authorization, I am unable to obtain lawful employment.

6. Because I cannot currently work, I do not have a lawful source of income to contribute toward restitution payments.

7. I intend to obtain lawful employment immediately upon receiving employment authorization so that I may meet my restitution obligations and remain fully compliant with all conditions of supervision.

8. My purpose in submitting this motion is to respectfully request clarification or temporary adjustment from the Court while my employment authorization application remains

pending.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: _____ 2026

Carlos Duvergel

Signature: _____

# Exhibit A – Receipt Notice for Pending Employment Authorization Application And My Status With Immigration